North British and Mercantile Insurance Company *v.* Glenn.

No. 1,894.

## ANDERSON *v.* STEPHENS ET AL.

From the Laporte Circuit Court.

*Weir & Weir*, for appellant.

*M. Nye*, for appellees.

GAVIN, J.—The questions involved in this case are similar to those in *Anderson* v. *Bement*, 13 Ind. App. 248. Upon the authority of that case this is reversed.

Filed October 10, 1895.

No. 1,491.

## NORTH BRITISH AND MERCANTILE INSURANCE COMPANY *v.* GLENN.

From the Washington Circuit Court.

*S. N. Chambers, S O. Pickens* and *C. W. Moores*, for appellant.

*R. J. Tracewell* and *Elliott & Hostetter*, for appellee.

LOTZ, J.—The questions arising on this appeal are the same as in the case *Manchester Fire Assurance Co.* v. *Glenn*, 13 Ind. App. 365, and on the authority of that case this cause is affirmed.

Filed May 28, 1895; petition for rehearing overruled October 30, 1895.